# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-CR-563 (MKB) |
| TICKETMASTER L.L.C. ) | |
| ) | |
| *Defendant* ) | |

Clerk's Office
Filed Date:

12/30/2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/30/2020

*[signature]*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Serrin Turner, Esq.
*Printed name of defendant's attorney*

S/Margo K. Brodie
*Judge's signature*

Hon. Margo K. Brodie, United States District Judge
*Judge's printed name and title*

[Print]  [Save As...]  [Reset]